United States Courts
Southern District of Texas
FILED
*July 12, 2023*
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 1 5 2022
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:22-CR-80 JCB/JDL |
| JULIUS LAWAN LOCKETT, JR. (01) and JERMONE CHRISTOPHER MAYES, JR. (02) | § § § | **FILED UNDER SEAL** |

**4:23-mj-1410**

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

#### Count One

        Violation: 18 U.S.C. § 371 (Conspiracy to commit bank theft)

Beginning on a date unknown to the grand jury, but at least by March 28, 2021, and continuing thereafter until at least the date of this indictment, in Smith County, in the Eastern District of Texas, and elsewhere, the defendants, **Julius Lawan Lockett, Jr.,** and **Jermone Christopher Mayes, Jr.,** aided and abetted by each other and by persons known and unknown to the Grand Jury, did unlawfully, knowingly, and willfully combine, conspire, confederate, and agree together, with each other, and with persons known and unknown to the Grand Jury, to commit bank theft, that is, to take and carry away, with intent to steal and purloin, money of a value exceeding $1,000, belonging to and in the care, custody, control, management, and possession of Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U. S. C. § 2113(b).

Indictment - Page 1

In furtherance of the conspiracy and to effect the objects thereof, the defendants, or one of more of them, or another member of the conspiracy, committed the following overt acts, among others, in the Eastern District of Texas:

a. On or about March 28, 2021, one or more of the defendants or another member of the conspiracy stole a Ford F-350 truck in Tyler, Texas;

b. On or about March 28, 2021, one or more of the defendants or another member of the conspiracy, using the stolen Ford F-350 truck, attached chains to the Ford and to the ATM located at the Chase Bank, 140 South Southwest Loop 323, Tyler, Smith County, Texas, and pulled the safe of the ATM open; one or more of the defendants or another member of the conspiracy then removed and stole approximately $159,700.00 in United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank;

c. On or about March 28, 2021, while the theft from the ATM was occurring, one or more of the defendants or another member of the conspiracy maintained surveillance and acted as lookout for the defendants stealing the currency;

All in violation of 18 U.S.C.§ 371.

### Count Two

> Violation: 18 U.S.C. §§ 2113(b) and 2 (Bank robbery and incidental crimes; aiding and abetting)

On or about March 28, 2021, in Smith County, in the Eastern District of Texas, and elsewhere, the defendants, **Julius Lawan Lockett, Jr.**, and **Jermone Christopher**

**Mayes, Jr.,** aided and abetted by each other and by persons known and unknown to the Grand Jury, did take and carry away, with intent to steal and purloin, approximately $159,700.00 of United States currency, belonging to and in the care, custody, control, management, and possession of Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation,

In violation of 18 U.S.C.§§ 2113(b) and 2.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461

As the result of committing the foregoing offenses alleged in this indictment, the defendants herein shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461:

1. any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violations; and

2. any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

**Cash Proceeds:**

A sum of money equal to $159,700.00 in United States currency and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendants as a result of the offenses alleged in this indictment, for which the defendants are personally liable.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third person;
(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendants.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____   6-15-2022
ALAN R. JACKSON                Date
Assistant United States Attorney

Indictment - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA § 
§
V. § CRIMINAL NO. 6:22-CR-80-JCB/JDL
§
JULIUS LAWAN LOCKETT, JR. (01) §
and §
JERMONE CHRISTOPHER MAYES, JR. (02) §

## NOTICE OF PENALTY

### Count One

| | |
|---|---|
| Violation: | 18 U.S.C. § 371 (Conspiracy to commit bank theft) |
| Penalty: | Imprisonment for a term of not more than five years; a fine not to exceed $250,000, or both; and a term of supervised release of not more than three years. |
| Special Assessment: | $100.00 |

### Count Two

| | |
|---|---|
| Violation: | 18 U.S.C. § 2113(b) (Bank robbery and incidental crimes) |
| Penalty: | Imprisonment for a term of not more than ten years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years. |

Indictment - Page 5